Donald E. TUOMI, Administrator
of the Estate of Margaret C.
Tumoi, Deceased

v.

EXTENDICARE, INC., Extendicare Health Facilities, Inc., d/b/a Havencrest Nursing Center, Extendicare Health Facility Holdings, Inc., Extendicare Health Services, Inc., Extendicare Health Network, Inc., Extendicare Holdings, Inc., Kathleen Gastan, An Individual; Kenric Manor Family Limited Partnership d/b/a/ Kenric Manor

Petition of: Extendicare, Inc., Extendicare Health Facilities, Inc., d/b/a Havencrest Nursing Center, Extendicare Health Facility Holdings, Inc., Extendicare Health Services, Inc., Extendicare Health Network, Inc., Extendicare Holdings, Inc.

No. 281 WAL 2015

Supreme Court of Pennsylvania.

November 15, 2016

### ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal

is **GRANTED.** The Superior Court's order is **VACATED,** and the matter is **RE-MANDED** for reconsideration in light of *Taylor v. Extendicare Health Facilities, Inc.*, 147 A.3d 490, 2016 WL 5630669 (Pa. 2016).

Justice Wecht did not participate in the consideration or decision of this matter.